**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:20CR221** |
| | ) | |
| vs. | ) | |
| | ) | |
| **CAYLA PRITCHARD,** | ) | **AMENDED ORDER** |
| | ) | |
| Defendant. | ) | |

Pursuant to the General Order 2021-02, IN RE: CONTINUANCES DUE TO NOVEL CORONAVIRUS AND COVID-19 DISEASE, the previously scheduled jury trial will be continued. After conferring with counsel, the defendant has made an unopposed oral motion to continue the trial to negotiate a resolution short of a trial.

**IT IS ORDERED** that:

1. Defendant's unopposed oral motion to continue is granted.

2. The jury trial, now set for February 9, 2021, is continued to **March 9, 2021 at 8:30 a.m.**

3. Because of the defendant's continuance request and the Court's inability to safely call and retain an adequate cross-section of jurors, and the effect of following public health recommendations on the availability of clients, counsel, and court staff to be present in the courtroom, the Court specifically finds that the ends of justice served by continuing all criminal proceedings outweigh the best interests of the public and any defendant's right to a speedy trial, and the period of delay occasioned by the continuances implemented by this General Order are excluded under the Speedy Trial Act, that is, the time between **November 2, 2020 and March 9, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A). The failure of any defendant to object to this General Order will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act. Failing to timely object to this order within 7-days in accordance with the court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

**DATED:** January 20, 2021.

**BY THE COURT:**

**s/ Michael D. Nelson
United States Magistrate Judge**