IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CAYLA PRITCHARD,<br><br>　　　　　　Defendant. | 8:20CR221<br><br>ORDER |

This matter is before the Court on a motion to reduce sentence, Filing No. 57, pursuant to 18 U.S.C. § 3742 on the basis of post-sentencing rehabilitation. The Court has reviewed all of Defendant's records in this regard. While it is true that Defendant has completed over 30 classes while incarcerated and is participating in the Redemption Project, Ms. Pritchard has not yet completed the Resident Drug Treatment program nor the INT program. The Court believes this is very important to her rehabilitation, given her guilty plea to drug charges. Additionally, the Court sentenced Ms. Pritchard to a substantially lower sentence than the Sentencing Guideline range computed by the United States Probation Office. Accordingly, the Court finds that a reduction of her sentence is not appropriate at this time.

THEREFORE, IT IS ORDERED that Defendant's motion to reduce, Filing No. 57, is denied.

Dated this 29th day of February, 2024.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Senior United States District Judge