IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAYLA PRITCHARD,<br><br>    Defendant. | 8:20CR221<br><br>ORDER |

This matter is before the Court on defendant's motion, Filing No. 66, to withdraw her motion for compassionate release, Filing No. 64. The Court has carefully reviewed the request and finds it should be granted.

THEREFORE, IT IS ORDERED THAT the motion to withdraw document, Filing No. 66, is granted, and the document for compassionate release, Filing No. 64, is withdrawn.

Dated this 23rd day of September, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge